1  NICOLA T. HANNA
2  United States Attorney
3  DAVID M. HARRIS
   Assistant United States Attorney
4  Chief, Civil Division
5  CEDINA M. KIM
   Assistant United States Attorney
6  Senior Trial Attorney, Civil Division
7  LARA A. BRADT, CSBN 289036
       Special Assistant United States Attorney
8      Social Security Administration, Region IX
9      160 Spear Street, Suite 800
       San Francisco, California 94105
10     Telephone: (415) 977-8921
11     Facsimile: (415) 744-0134
       E-mail: lara.bradt@ssa.gov
12 Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE NICOLE ALONSO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREW SAUL, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) | No. 5:19-CV-02200-SP <br><br> **JUDGMENT OF REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation to Remand"), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

Date:  August 17, 2024  
_____  
HON. SHERI PYM  
UNITED STATES MAGISTRATE JUDGE
Correction - the date reads August 17, 2020.