1 Wendy B. Pfau, SBN: 257215
2 **POTTER, COHEN, SAMULON & PADILLA**
3 3852 E. Colorado Blvd.
  Pasadena, CA 91107
4 Telephone: (626) 795-0681
5 Facsimile: (626) 795-0725
  E-mail: wpfau@pottercohenlaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE NICOLE ALONSO, | Case No.: 5:19-CV-02200-SP |
| Plaintiff, | **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

**IT IS ORDERED** that the Commissioner shall pay the amount of $4,080.89 (Four Thousand, Eighty Dollars and Eighty-Nine Cents) for fees, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Date: September 10, 2020  _____
  HONORABLE SHERI PYM
  UNITED STATES MAGISTRATE JUDGE